01
02
03
04
05

06        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08   JOHN ROBERT DEMOS, JR.,                )
                                            )   CASE NO. C13-212-MJP
09          Petitioner,                     )
                                            )
10   v.                                     )
                                            )   ORDER DIRECTING CLERK TO
11   ERIC H. HOLDER, JR., et al.,           )   RETURN DOCUMENTS AND TO
                                            )   STRIKE ANY PENDING MOTIONS
12          Respondents.                    )   AS MOOT
     _____)

13

14          The Court, having reviewed the Report and Recommendation of United States

15   Magistrate Judge Mary Alice Theiler, any objections to that, the governing law, and the balance

16   of the record, does hereby find and ORDER:

17          (1)    The Report and Recommendation is ADOPTED;

18          (2)    The Clerk shall RETURN petitioner's recent submissions without filing them

19                 and STRIKE any pending motions as moot, *see Demos v. Stanley*,

20                 MC97-0031-JLW (W.D. Wash., March 13, 1997); and

21          (3)    The Clerk of Court is directed to send copies of this Order to petitioner and to

22                 Magistrate Judge Theiler.

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

01      DATED this 15th day of April, 2013.

02

03

04                      Marsha J. Pechman
                      Chief United States District Judge

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2