UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>　　Petitioner,<br><br>　　v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>　　Respondents. | CASE NO. C13-212-MJP<br><br>ORDER DIRECTING CLERK TO<br>RETURN DOCUMENTS AND TO<br>STRIKE ANY PENDING MOTIONS<br>AS MOOT |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, any objections to that, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) The Clerk shall RETURN petitioner's recent submissions without filing them and STRIKE any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Theiler.

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

01    DATED this 15th day of April, 2013.

*Marsha J. Pechman*
Marsha J. Pechman
Chief United States District Judge

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2